UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

        - against -

MARIA LUISA ESTRELLA JAIDI, ABDESLAM JAIDI,
and RAMON SINGSON ESTRELLA, a/k/a "Ramon
Miguel Estrella," a/k/a "Ting Estrella,"

          Defendants.

7:19-cr-00890-CS

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Hal M. Shimkoski, an associate of the law firm of

Fried, Frank, Harris, Shriver & Jacobson LLP, and a member of the bar of this Court,  hereby

enters his appearance in this action as counsel for defendant Maria Luisa Estrella Jaidi.

Dated:   New York, New York
        June 16, 2020

                    FRIED, FRANK, HARRIS, SHRIVER
                     & JACOBSON LLP

                    By:          /s/ *Hal M. Shimkoski*
                               Hal M. Shimkoski

                    One New York Plaza
                    New York, New York 10004-1980
                    (212) 859-8657
                    hal.shimkoski@friedfrank.com

                    Attorneys for Defendant
                     Maria Luisa Estrella Jaidi