

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 25, 2021

<span style="color: purple">Schedule approved. Government to oppose by 2/12/21, and Mr. Jaidi to reply by 2/23/21.</span>

**BY ECF**

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Maria Luisa Estrella Jaidi, et al.*, **19 Cr. 890 (CS)**   <span style="color: purple">1/25/21</span>

Dear Judge Seibel:

  The Government respectfully submits this letter in response to the Court's January 21, 2021 order that the parties confer and submit a proposed briefing schedule with respect to defendant Abdeslam Jaidi's sealing request. (Dkt. No. 75). The parties have conferred and respectfully propose the following briefing schedule: the Government's opposition submission due on February 12, 2021,[1] and Mr. Jaidi's reply submission due on February 23, 2021.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

      By: /s/_____
        Samuel Adelsberg/Gillian Grossman/Jim Ligtenberg
        Assistant United States Attorneys
        (212) 637-2494 / 2188 / (914) 993-1953

cc: Defense Counsel (by ECF)

---

[1] Counsel for defendant Maria Luisa Estrella Jaidi has indicated that Ms. Jaidi does not intend to file an opposition submission.